IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRACI LEWIS, | Case No. 1:12-CV-1607 |
| Plaintiff, | |
| v. | Honorable Milton I. Shadur<br>Judge Presiding |
| NATIONAL TUBE SUPPLY COMPANY, | Magistrate Honorable Sheila R. Finnegan |
| Defendant. | **Jury Trial Requested** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 3.2, Defendant National Tube Supply Company files the following corporate disclosures:

1. Defendant's full name is National Tube Supply Company.

2. National Tube Supply Company is a corporation.

3. National Tube Supply Company's parent corporations that own 5% or more of its stock are as follows:

   Stad S.A.  577 Route de Picarde 60190 Avrigny, France
   SICAM S.P.A.  Via Marziana 21  27020 Parona, Italy
   Hambleton Holdings LTD, Dalton Industrial Estate, Dalton, Thirsk, North Yorkshire
   YO7 3HE  United Kingdom

4. No publicly held company or investment fund has a 10% or more ownership interest of National Tube Supply Company.

5. National Tube Supply Company has no publicly-owned affiliate, as that term is defined by Local Rule 3.2.

April 10, 2012                                    Respectfully submitted,

                                                  NATIONAL TUBE SUPPLY COMPANY


                                                  s/Suheily Natal
                                                  Attorney for the Defendant
                                                  Suheily Natal
                                                  IL ARDC #6294494

Philip S. Holloway
Suheily Natal
FORD & HARRISON LLP
55 E. Monroe Street, Suite 2900
Chicago, IL  60603
Phone:  (312) 332-0777
Fax:  (312) 332-6130

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that the foregoing **CORPORATE DISCLOSURE STATEMENT** was filed electronically with the Northern District of Illinois on April 10, 2012, and is available for viewing and downloading from the Electronic Case Filing (ECF) System.

Service of this **CORPORATE DISCLOSURE STATEMENT** was accomplished electronically through the ECF System on the following ECF registered filing users:

- **Lisa R. Kane**
  lisakane@sbcglobal.net

- **Michael Daniel Martinez**
  lisakane@sbcglobal.net,michaeldanielmartinez@gmail.com

- **Janice A. Wegner**
  lisakane@sbcglobal.net


By: s/Suheily Natal
Attorney for the Defendant
Suheily Natal
IL ARDC #6294494

Philip S. Holloway
Suheily Natal
Ford & Harrison LLP
55 E. Monroe Street, Suite 2900
Chicago, IL 60603